## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

U.S. DISTRICT COURT

Your Affiant, Christopher Callahan, United States Postal Inspector, Baltimore, MD, being duly sworn, hereby deposes and states as follows: The facts contained in this affidavit are based on my personal knowledge as well as that of the other agents involved in this investigation. All observations that were not made personally by me were related to me by persons with knowledge. This affidavit contains that information necessary to establish probable cause to support an application for a search warrant. This affidavit is not intended to include each and every fact and matter observed by or made known to agents of the government.

Your Affiant, Christopher Callahan, has been a United States Postal Inspector since April 2007 and has completed 12 weeks of basic investigative training, which included the investigation of narcotic related offenses. Your Affiant has participated in numerous controlled deliveries and search warrants which have resulted in arrests and convictions. Your Affiant routinely investigates the use of the U.S. Mail to ship narcotics and narcotics proceeds to and from the Baltimore/Washington area from known narcotic source areas of Florida, Georgia, California, Arizona, Texas and New York (among others). Express Mail and Priority Mail services are regularly used to ship controlled substances and bulk cash through the U.S. Mail.

The United States Postal Service screens inbound Express and Priority Mail packages originating in source states which conform to likely drug profiles. Among the factors we examine are the originating zip code, the weight and characteristics of the package, the amount of postage, whether the address or return address are associated with the names of the sender or recipient, whether the return address is in fact true. When a package is identified as suspect as a result of this initial screening, it is placed with other known packages and subjected to a K-9 examination.

On August 3, 2012, **Express Mail Parcel EI 623414948 US** ("SUBJECT PARCEL") was intercepted by Postal Inspectors at the Linthicum, MD Incoming Mail Facility, Linthicum Heights, MD 21090. The SUBJECT PARCEL was addressed to "SARA KATZ 806 WESTERN RUN RD – GARAGE ApT COCKEYSVILLE, MD 21030" and bore a return address of "JoHN WILLIAMSON 206 MAPLE ST SANtACRUZ, CA 95060." Postal Inspectors reviewed various government and public databases and determined the name "Sara Katz" was listed as being associated with the recipient address "806 WESTERN RUN RD COCKEYSVILLE, MD 21030." In addition, those same databases did not reflect a person by the name of "John Williamson" located at "206 MAPLE ST SANTA CRUZ, CA 95060," which was the return address of the SUBJECT PARCEL.

On August 3, 2012, Postal Inspectors placed **Express Mail Parcel EI 623414948 US** in an office among other boxes at the Incoming Mail Facility, Linthicum Heights, MD 21090. Anne Arundel Police Department K-9 Detective Yancey Quigley and his narcotic detecting K-9 "Cyrus" were brought in to search the office. Cyrus was certified in 2012 to alert on the odors of ecstasy (MDMA), cocaine, heroin, black tar heroin,

methamphetamine, and marijuana (THC) and is trained on a monthly basis to ensure his accuracy.

As of July 26, 2012, Cyrus alerted on three hundred and thirty-two (332) parcels, of which three hundred and seven (307) contained narcotics and of which twelve (12) contained bulk US currency. Detective Quigley informed your Affiant that Cyrus alerted on the SUBJECT PARCEL, which was hidden among other boxes. Postal Inspectors observed the K-9 alert on the parcel.

It is my belief, based on the information detailed here, that the SUBJECT PARCEL contains a quantity of controlled dangerous substance or bulk cash constituting contraband, evidence, fruits, or instrumentalities of the following federal offenses: (1) Use of a Communication Facility to Transport Controlled Substances, in violation of 21 U.S.C. Section 843(b); (2) Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. Section 841(a)(1); and (3) Use of the Mail with the Intent to Distribute the Proceeds of Any Unlawful Activity, in violation of 18 U.S. Code, Section 1952(a)(1). This parcel is presently located in the Postal Inspector's office at the Incoming Mail Facility, Linthicum Heights, MD 21090.

Christopher Callahan
U.S. Postal Inspector

Subscribed and sworn to before me
this /4th day of August, 2012
at Baltimore, Maryland

United States Magistrate Judge