# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 16 2012

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

In the Matter of the Search of:

Express Mail Parcel: EI 623414948 US          )
Addressed as follows: SARA KATZ              )     Case No. 12 3912 BPG
806 WESTERN RUN RD –                          )
GARAGE ApT COCKEYSVILLE, MD 21030             )
bearing a return address of: JoHN WILLIAMSON  )
206 MAPLE ST SANtACRUZ, CA 95060              )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Maryland: EI 623414948 US addressed as follows: SARA KATZ 806 WESTERN RUN RD – GARAGE ApT COCKEYSVILLE, MD 21030, bearing a return address of JoHN WILLIAMSON 206 MAPLE ST SANtACRUZ, CA 95060.

The person or property to be searched, described above, is believed to conceal: A quantity of controlled dangerous substance constituting evidence of the commission of a criminal offense, specifically the unlawful transportation of a controlled dangerous substance via the U.S. Mail for the purpose of facilitating possession with intent to distribute the controlled dangerous substance in violation of Title 21, United States Code, Section 843(b) and 841(a)(1), and/or use of the mail with the intent to distribute the proceeds of any unlawful activity in violation of Title 18, United States Code, Section 1952(a)(1) as more fully set out in the affidavit submitted in support of the application for the warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___8-28-12___.
                                                  (not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night as I find reasonable cause has been
                                                  established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____DUTY_____.
         (name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box).
☐ for _____ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___8-14-12 2:30pm___   _____[signature]_____
                                                  Judge's signature

City and state: ___Baltimore, Maryland___   ___Beth P. Gesner, U.S. Magistrate Judge___
                                                  Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 12-3912 BPG | Date and time warrant executed: 8/22/12 3:24 pm | Copy of warrant and inventory left with: USPIS |

Inventory made in the presence of: Inspectors Callahan, Rodgers, + Jones

Inventory of the property taken and name of any person(s) seized:

7 vacuum sealed bags containing a green leafy, plantlike substance that field tested positive for THC, weighing approximately 3,120 grams.

CBC 8/22/12

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/22/2012

Executing officer's signature

Chris Callahan, Postal Inspector
Printed name and title